IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WILLIAM VELASCO, <br>     Plaintiff, <br><br> vs. <br><br> BLUE CROSS BLUE SHIELD OF TEXAS, <br> A DIVISION OF HEALTH CARE <br> SERVICE CORPORATION, <br>     Defendant | ) <br> ) <br> ) <br> ) <br> ) Case No. 3:15-cv-615-M <br> ) <br> ) <br> ) <br> ) |

## ORDER

Before the Court is the Joint Motion to Dismiss, filed by Defendant Blue Cross Blue Shield of Texas. The Court, having considered the Motion, and having been advised that Plaintiff joins in the Motion, finds that the Motion should be granted.

IT IS THEREFORE ORDERED that this case is dismissed, with prejudice.

Signed this 27 day of May, 2016.

_____
Honorable Barbara M.G. Lynn
Chief United States District Judge

AGREED AS TO FORM AND CONTENT:

_____
Mark S. Humphreys
Attorney for Plaintiff

_____
Andrew F. MacRae
Attorney for Defendant